**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA** www.flsb.uscourts.gov

In re:                                          Case No. 23-10373-PDR
                                                                                   Chapter 11

<u>Michael Theron Smith, Jr.       /</u>

## MOITON TO CONVERT CASE FROM SUBCHAPTER V
## TO STANDARD CHAPTER 11

The Debtor, Michael Theron Smith, Jr., by his attorneys Robert R. Benjamin and Derek D. Samz, and pursuant to 11 U.S.C. § 105(a), brings this Motion to convert his case from Chapter 11 Subchapter V to a standard Chapter 11 case. In support thereof, the Debtor states as follows:

1. On January 18, 2023, the Debtor filed a voluntary petition under 11 U.S.C. 1182(1) and elected to proceed under Subchapter V of Chapter 11.

2. This case has not been previously converted under 11 U.S.C. §1112, 1208, or 1307.

3. On March 24, 2023, the United States Trustee filed an Objection to Debtor's Designation as a Sub-Chapter V Small Business Debtor.

4. Given the costs associated with contesting the Trustee's Objection and continued resistance from several State's Attorney Generals as creditors, the Debtor has elected to convert this case to a standard Chapter 11.

5. As there is no specific provision in the Bankruptcy Code authorizing the relief requested in this Motion, conversion from a standard Chapter 11 to a Subchapter V case is permissible. As such, conversion from Subchapter V to a standard Chapter 11 should also be permissible under 11 U.S.C § 105(a).

Wherefore, the Debtor, Michael Theron Smith, Jr., requests the Court enter an

order converting this case from one under Chapter 11, Subchapter V to a standard Chapter 11 of the Bankruptcy Code, and for any further relief the Court deems just.

    I CERTIFY that a true copy of this motion was mailed on April 13, 2023 to the parties indicated on the attached certificate of service.

*/s/ Derek D. Samz*
Derek D. Samz (IL Bar No. 6290656)
Robert R. Benjamin (IL Bar No. 0170429)
Golan Christie Taglia LLP
70 W. Madison St., Suite 1500
Chicago, IL 60602
(312) 263-2300
ddsamz@gct.law
rrbenjamin@gct.law

## CERTIFICATE OF SERVICE

I certify that true copies of Debtor's Motion to Convert Case from Subchapter V to Standard Chapter 11 were served as follows on April 13, 2023:

U.S. Trustee
Office of The US Trustee
51 S. W. 1st Ave.
Suite 1204
Miami, FL 33130
Via CM/ECF

Michael Theron Smith, Jr.
10343 S. Barnsley Drive
Parkland, FL 33076
Via First-Class Mail

Tarek Kirk Kiem
PO Box 541325
Greenacres, FL 33454
Via CM/ECF

J. Steven Wilkes
Office of the United States Region 21
United States Department of Justice
501 East Polk Street, Suite 1200
Tampa, FL 33602
Via CM/ECF

America's Best Insurance Group, Inc.
c/o Zachary Cox
8150 NW 51st Place
Coral Springs, FL 33067
Via First-Class Mail

American Express
PO Box 6031
Carol Stream, IL 60197-6031
Via First-Class Mail

Capital One
PO Box 60519
City of Industry, CA 91716-0519
Via First-Class Mail

JPMorgan Chase Bank N.A.
c/o LOGS Legal Group LLP
2424 North Federal Highway, Suite 360
Boca Raton, FL 33431
Via CM/ECF

Discover Bank
PO Box 3025
New Albany, OH 40354
Via First-Class Mail

Duff Insurance Brokerage, Inc.
Attn: Marsha Griffin
5310 NW 33 Avenue, Suite 111
Fort Lauderdale, FL 33309-6332
Via First-Class Mail

Harvest Small Business Finance, LLC
24422 Avenida De La Carlota
Suite 400
Laguna Hills, CA 92653-3634
Via First-Class Mail

Health Advisors of America, Inc.
Attn: Marsha Griffin
5310 NW 33 Avenue, Suite 111
Fort Lauderdale, FL 33309-6332
Via First-Class Mail

Health Advisors of America, Inc.
c/o Anthony G. Franqui
The Franqui Farm
1451 W. Cypress Creek Rd., Ste. 300
Fort Lauderdale, FL 33309-1953
Via First-Class Mail

Health Advisors of America, Inc.
c/o Patrick W. Walsh, P.C.
33 S. Garfield St.
Hinsdale, IL 60521-4212
Via First-Class Mail

Health Advisors of America, Inc.
c/o Peterson, Johnson & Murray LLC
200 W. Adams, Ste. 2125
Chicago, IL 60606-5213
Via First-Class Mail

Jaclyn Carvalho
1211 Rosegate Blvd.
Riviera Beach, FL 33404
Via First-Class Mail

Lincoln AFS
c/o Gerard M. Kouri, Jr. P.A.
5311 King Arthur Ave
Davie, FL 33331
Via CM/ECF

McShap Marketing, Inc.
8520 US Hwy 1 G-7
Micco, FL 32976-2651
Via First-Class Mail

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113
Via First-Class Mail

Michael T. Smith Insurance, Inc.
8105 NW 111 Terrace
Parkland, FL 33076-4730
Via First-Class Mail

Patrick W. Walsh, Attorney at Law
33 S. Garfield St.
Hinsdale, IL 60521-4212
Via First-Class Mail

Peterson, Johnson & Murray Chicago, LLC
200 W. Adams St., Suite 2125
Chicago, IL 60606-5213
Via First-Class Mail

Scott Shapiro
c/o David Royce Thrasher
Kane Russell Coleman Logan PC
5051 Westheimer Road, 10th Floor
Houston, TX 77056-5622
Via First-Class Mail

Scott Shapiro
c/o Shepard Davidson
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110-1677
Via First-Class Mail

State of Arkansas
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201-2610
Via First-Class Mail

Heather M. Crockett
Deputy Attorney General
Office of the Attorney General of Indiana
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204
Via CM/ECF

State of Michigan
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909-8236
Via First-Class Mail

State of Missouri
Office of the Attorney General
Mary Long
P.O. Box 861
Saint Louis, MO 63188
Via CM/ECF

State of North Carolina
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Via First-Class Mail

State of North Dakota
North Dakota Attorney General's Office
1050 E. Interstate Ave., Ste. 200
Bismarck, ND 58503-5574
Via First-Class Mail

| | |
|---|---|
| State of Ohio<br>William Travis Garrison<br>30 E. Broad Street., 14th Floor<br>Columbus, OH 43215<br>Via CM/ECF | Abigail R. Ryan<br>Roma N. Desai<br>Assistant Attorneys General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>Via CM/ECF |
| U.S. Small Business Administration<br>200 West Santa Ana Blvd.<br>Suite 740<br>Santa Ana, CA 92701<br>Via First-Class Mail | Wells Fargo Bank, N.A.<br>Wells Fargo Bank Small Business Lending Division<br>PO Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038<br>Via First-Class Mail |
| Zachary Cox<br>10325 NW 63rd Dr.<br>Parkland, FL 33076-2352<br>Via First-Class Mail | Zoallet Rodriguez<br>2850 Celebration 103<br>Margate, FL 33063-3931<br>Via First-Class Mail |
| Barbara Mohon<br>c/o Sid Childress, Esq.<br>1925 Aspen Dr. #600A<br>Santa Fe, NM 87505 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

DATED: April 13, 2023

*/s/ Derek D. Samz*
Derek D. Samz (IL Bar No. 6290656)
Robert R. Benjamin (IL Bar No. 0170429)
Golan Christie Taglia LLP
70 W. Madison St., Suite 1500
Chicago, IL 60602
(312) 263-2300
ddsamz@gct.law
rrbenjamin@gct.law