**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No. 23-10373-PDR
 Chapter 11

Michael Theron Smith, Jr.           /

**MOTION TO EXTEND TIME TO FILE CHAPTER 11 PLAN**

The Debtor, Michael Theron Smith, Jr., by his attorneys Robert R. Benjamin and Derek D. Samz, and pursuant to 11 U.S.C. § 1189(b), brings this Motion to extend the time to file a Chapter 11 plan. In support thereof, the Debtor states as follows:

1. On January 18, 2023, the Debtor filed a voluntary petition under 11 U.S.C. 1182(1) and elected to proceed under Subchapter V of Chapter 11.

2. Pursuant to 11 U.S.C. §1189(b), Debtor shall file a plan no later than 90 days after the order for relief. The last day for Debtor to file a plan is April 18, 2023

3. On April 13, 2023, Debtor filed a Motion to Convert Case from Subchapter V to Standard Chapter 11 ("Motion to Convert") (Dkt. No. 93).

4. This Court has issued a Notice of Hearing setting the Motion to Convert for hearing on May 11, 2023 at 2:30 p.m. (Dkt. No. 94)

5. As detailed in the Motion to Convert, Debtor seeks to resolve jurisdictional issues raised by United States Trustee and certain creditors regarding his eligibility for reorganization under Subchapter V. Therefore, the date for filing a plan under Subchapter V is essentially moot.

6. Out of an abundance of caution, Debtor requests an extension of time to file his Chapter 11 plan pursuant to 11 U.S.C. §1189(b) until after the Court holds the hearing on his Motion to Convert.

Wherefore, the Debtor, Michael Theron Smith, Jr., requests the Court enter an order extending the time to file a Chapter 11 plan, and for any further relief the Court deems just.

I CERTIFY that a true copy of this motion was mailed on April 18, 2023 to the parties indicated on the attached certificate of service.

*/s/ Derek D. Samz*
Derek D. Samz (IL Bar No. 6290656)
Robert R. Benjamin (IL Bar No. 0170429)
Golan Christie Taglia LLP
70 W. Madison St., Suite 1500
Chicago, IL 60602
(312) 263-2300
ddsamz@gct.law
rrbenjamin@gct.law

# CERTIFICATE OF SERVICE

I certify that true copies of Debtor's Motion to Convert Case from Subchapter V to Standard Chapter 11 were served as follows on April 18, 2023:

U.S. Trustee
Office of The US Trustee
51 S. W. 1st Ave.
Suite 1204
Miami, FL 33130
Via CM/ECF

Michael Theron Smith, Jr.
10343 S. Barnsley Drive
Parkland, FL 33076
Via First-Class Mail

Tarek Kirk Kiem
PO Box 541325
Greenacres, FL 33454
Via CM/ECF

J. Steven Wilkes
Office of the United States Region 21
United States Department of Justice
501 East Polk Street, Suite 1200
Tampa, FL 33602
Via CM/ECF

America's Best Insurance Group, Inc.
c/o Zachary Cox
8150 NW 51st Place
Coral Springs, FL 33067
Via First-Class Mail

American Express
PO Box 6031
Carol Stream, IL 60197-6031
Via First-Class Mail

Capital One
PO Box 60519
City of Industry, CA 91716-0519
Via First-Class Mail

JPMorgan Chase Bank N.A.
c/o LOGS Legal Group LLP
2424 North Federal Highway, Suite 360
Boca Raton, FL 33431
Via CM/ECF

Discover Bank
PO Box 3025
New Albany, OH 40354
Via First-Class Mail

Duff Insurance Brokerage, Inc.
Attn: Marsha Griffin
5310 NW 33 Avenue, Suite 111
Fort Lauderdale, FL 33309-6332
Via First-Class Mail

Harvest Small Business Finance, LLC
24422 Avenida De La Carlota
Suite 400
Laguna Hills, CA 92653-3634
Via First-Class Mail

Health Advisors of America, Inc.
Attn: Marsha Griffin
5310 NW 33 Avenue, Suite 111
Fort Lauderdale, FL 33309-6332
Via First-Class Mail

Health Advisors of America, Inc.
c/o Anthony G. Franqui
The Franqui Farm
1451 W. Cypress Creek Rd., Ste. 300
Fort Lauderdale, FL 33309-1953
Via First-Class Mail

Health Advisors of America, Inc.
c/o Patrick W. Walsh, P.C.
33 S. Garfield St.
Hinsdale, IL 60521-4212
Via First-Class Mail

| | |
|---|---|
| Health Advisors of America, Inc.<br>c/o Peterson, Johnson & Murray LLC<br>200 W. Adams, Ste. 2125<br>Chicago, IL 60606-5213<br>Via First-Class Mail | Jaclyn Carvalho<br>1211 Rosegate Blvd.<br>Riviera Beach, FL 33404<br>Via First-Class Mail |
| Lincoln AFS<br>c/o Gerard M. Kouri, Jr. P.A.<br>5311 King Arthur Ave<br>Davie, FL 33331<br>Via CM/ECF | McShap Marketing, Inc.<br>8520 US Hwy 1 G-7<br>Micco, FL 32976-2651<br>Via First-Class Mail |
| Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113<br>Via First-Class Mail | Michael T. Smith Insurance, Inc.<br>8105 NW 111 Terrace<br>Parkland, FL 33076-4730<br>Via First-Class Mail |
| Patrick W. Walsh, Attorney at Law<br>33 S. Garfield St.<br>Hinsdale, IL 60521-4212<br>Via First-Class Mail | Peterson, Johnson & Murray Chicago, LLC<br>200 W. Adams St., Suite 2125<br>Chicago, IL 60606-5213<br>Via First-Class Mail |
| Scott Shapiro<br>c/o David Royce Thrasher<br>Kane Russell Coleman Logan PC<br>5051 Westheimer Road, 10th Floor<br>Houston, TX 77056-5622<br>Via First-Class Mail | Scott Shapiro<br>c/o Shepard Davidson<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, MA 02110-1677<br>Via First-Class Mail |
| State of Arkansas<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610<br>Via First-Class Mail | Heather M. Crockett<br>L. Leona Frank<br>Office of the Attorney General of Indiana<br>302 W. Washington St., IGCS-5th Floor<br>Indianapolis, IN 46204<br>Via CM/ECF |
| State of Michigan<br>Michigan Department of Attorney General<br>P.O. Box 30736<br>Lansing, MI 48909-8236<br>Via First-Class Mail | State of Missouri<br>Office of the Attorney General<br>Mary Long<br>P.O. Box 861<br>Saint Louis, MO 63188<br>Via CM/ECF |
| State of North Carolina<br>North Carolina Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629<br>Via First-Class Mail | State of North Dakota<br>North Dakota Attorney General's Office<br>1050 E. Interstate Ave., Ste. 200<br>Bismarck, ND 58503-5574<br>Via First-Class Mail |

| | |
|---|---|
| State of Ohio<br>William Travis Garrison<br>30 E. Broad Street., 14th Floor<br>Columbus, OH 43215<br>Via CM/ECF | Abigail R. Ryan<br>Roma N. Desai<br>Assistant Attorneys General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>Via CM/ECF |
| U.S. Small Business Administration<br>200 West Santa Ana Blvd.<br>Suite 740<br>Santa Ana, CA 92701<br>Via First-Class Mail | Wells Fargo Bank, N.A.<br>Wells Fargo Bank Small Business Lending Division<br>PO Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038<br>Via First-Class Mail |
| Zachary Cox<br>10325 NW 63rd Dr.<br>Parkland, FL 33076-2352<br>Via First-Class Mail | Zoallet Rodriguez<br>2850 Celebration 103<br>Margate, FL 33063-3931<br>Via First-Class Mail |
| Barbara Mohon<br>c/o Sid Childress, Esq.<br>1925 Aspen Dr. #600A<br>Santa Fe, NM 87505<br>Via First-Class Mail | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>Via First-Class Mail |

DATED: April 18, 2023

*/s/ Derek D. Samz*
Derek D. Samz (IL Bar No. 6290656)
Robert R. Benjamin (IL Bar No. 0170429)
Golan Christie Taglia LLP
70 W. Madison St., Suite 1500
Chicago, IL 60602
(312) 263-2300
ddsamz@gct.law
rrbenjamin@gct.law