UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Case No. 23-10373-PDR
Michael Theron Smith, Jr.                                 Chapter 11

Debtor.
_____

**OBJECTION TO APPROVAL OF DISCLOSURE STATEMENT (DE 153)**

Comes now, JPMorgan Chase Bank, National Association, by and through its undersigned attorney, and hereby files its objection to the approval of Debtor's Disclosure Statement for the Chapter 11 plan (Doc. No. 153) and states as follows:

1. Debtor filed this case on January 18, 2023, under Chapter 11 of the Bankruptcy Code.

2. On March 10, 2023, Secured Creditor, JPMorgan Chase Bank, National Association, filed Proof of Claim 9-1 which listed a secured arrearage in the amount of $6,196.89, along with a regular mortgage post-petition payment in the amount of $11,761.01 per month for a mortgage encumbering real property collateral located at **10343 S Barnsley Drive, Parkland, FL 33076**.

3. On July 17, 2023, Debtor filed the Disclosure Statement for the Chapter 11 plan dated July 16, 2023, which lists allowed fully secured claims as unimpaired with Debtor to pay according to terms of note (See Doc. No. 153, P. 4).

4. Chase Bank objects to Debtor's disclosure statement as it does not identify Chase by name or secured lien per Claim 9. (Doc. No. 153).

5. Chase Bank further objects to the approval of Debtor's Disclosure Statement as it does not clarify the effective date or event upon which the automatic stay expires.

Wherefore, JPMorgan Chase Bank, National Association prays that this Honorable Court deny approval of Debtor's Disclosure Statement for the Chapter 11 plan or for such other relief as this Court deems just and proper.

/s/Elizabeth Eckhart
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
Leslie Rushing, FL Bar 0098106
LOGS Legal Group LLP
Attorney for Secured Creditor
2424 North Federal Highway
Suite 360
Boca Raton, FL 33431
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: logsecf@logs.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of August 2023, a copy of the foregoing was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

Robert R. Benjamin, I
70 West Madison., Ste. 1500
Chicago, IL 60602

Dominick L Lanzito
200 W Adams, Ste 2125
Chicago, IL 60606

Ryan Michael Ranson
300 SW 1st Ave., Ste. 155
Fort Lauderdale, FL 33301

Derek D Samz
70 W. Madison St., Ste. 1500
Chicago, IL 60602

Tarek Kirk Kiem
PO Box 541325
Greenacres, FL 33454

J. Steven Wilkes
Office of the United States Region 21
United States Department of Justice
501 East Polk Street, Suite 1200
Tampa, FL 33602

United States Trustee
51 SW First Avenue
Suite 1204
Miami, FL 33130

Michael Theron Smith, Jr.
10343 S Barnsley Drive
Parkland, FL 33076

All other parties on the attached parties-in-interest mailing matrix.

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

    /s/Elizabeth Eckhart
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
Leslie Rushing, FL Bar 0098106
LOGS Legal Group LLP
Attorney for Secured Creditor
2424 North Federal Highway
Suite 360
Boca Raton, FL 33431
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: logsecf@logs.com

23-328233