UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                Case No. 23-10373-PDR
Michael Theron Smith, Jr.                                  Chapter 11

Debtor.
_____

### OBJECTION TO APPROVAL OF DISCLOSURE STATEMENT (DE 153)

Comes now, JPMorgan Chase Bank, National Association, by and through its undersigned attorney, and hereby files its objection to the approval of Debtor's Disclosure Statement for the Chapter 11 plan (Doc. No. 153) and states as follows:

1. Debtor filed this case on January 18, 2023, under Chapter 11 of the Bankruptcy Code.

2. On March 10, 2023, Secured Creditor, JPMorgan Chase Bank, National Association, filed Proof of Claim 9-1 which listed a secured arrearage in the amount of $6,196.89, along with a regular mortgage post-petition payment in the amount of $11,761.01 per month for a mortgage encumbering real property collateral located at **10343 S Barnsley Drive, Parkland, FL 33076**.

3. On July 17, 2023, Debtor filed the Disclosure Statement for the Chapter 11 plan dated July 16, 2023, which lists allowed fully secured claims as unimpaired with Debtor to pay according to terms of note (See Doc. No. 153, P. 4).

4. Chase Bank objects to Debtor's disclosure statement as it does not identify Chase by name or secured lien per Claim 9. (Doc. No. 153).

5. Chase Bank further objects to the approval of Debtor's Disclosure Statement as it does not clarify the effective date or event upon which the automatic stay expires.

Wherefore, JPMorgan Chase Bank, National Association prays that this Honorable Court deny approval of Debtor's Disclosure Statement for the Chapter 11 plan or for such other relief as this Court deems just and proper.

/s/Elizabeth Eckhart
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
Leslie Rushing, FL Bar 0098106
LOGS Legal Group LLP
Attorney for Secured Creditor
2424 North Federal Highway
Suite 360
Boca Raton, FL 33431
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: logsecf@logs.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 10th day of August 2023, a copy of the foregoing was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

Robert R. Benjamin, I
70 West Madison., Ste. 1500
Chicago, IL 60602

Dominick L Lanzito
200 W Adams, Ste 2125
Chicago, IL 60606

Ryan Michael Ranson
300 SW 1st Ave., Ste. 155
Fort Lauderdale, FL 33301

Derek D Samz
70 W. Madison St., Ste. 1500
Chicago, IL 60602

Tarek Kirk Kiem
PO Box 541325
Greenacres, FL 33454

J. Steven Wilkes
Office of the United States Region 21
United States Department of Justice
501 East Polk Street, Suite 1200
Tampa, FL 33602

United States Trustee
51 SW First Avenue
Suite 1204
Miami, FL 33130

Michael Theron Smith, Jr.
10343 S Barnsley Drive
Parkland, FL 33076

All other parties on the attached parties-in-interest mailing matrix.

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

/s/Elizabeth Eckhart
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
Leslie Rushing, FL Bar 0098106
LOGS Legal Group LLP
Attorney for Secured Creditor
2424 North Federal Highway
Suite 360
Boca Raton, FL 33431
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: logsecf@logs.com

23-328233

```
Label Matrix for local noticing          Lincoln Automotive Financial Services     Mercedes-Benz Financial Services USA LLC
113C-0                                   c/o Gerard M. Kouri, Jr. P.A.             c/o BK Servicing, LLC
Case 23-10373-PDR                        5311 King Arthur Ave                      PO Box 131265
Southern District of Florida             Davie, FL 33331-3340                      Roseville, MN 55113-0011
Fort Lauderdale
Thu Aug 10 12:35:59 EDT 2023

State of Arkansas                        State of Michigan                         State of Missouri
323 Center St.                           Michigan Department of Attorney General   Attorney General
Suite 200                                c/o Michael S. Hill                       815 Olive Street
Little Rock, AR 72201-2610               P.O. Box 30736                            PO Box 861
                                         Lansing, MI 48909-8236                    Saint Louis, MO 63188-0861

State of North Carolina                  State of Ohio                             State of Texas
North Carolina Department of Justice     Office of the Ohio Attorney General       c/o Office of Attorney General of Texas
P.O. Box 629                             30 East Broad Street                      Bankruptcy & Collections Division
Raleigh, NC 27602-0629                   14th Floor                                P.O. Box 12548
                                         Columbus, OH 43215-3414                   Austin, TX 78711-2548

(p)OFFICE OF THE INDIANA ATTORNEY GENERAL    America's Best Insurance Group, Inc.  American Express
ATTN BANKRUPTCY LITIGATION               c/o Zachary Cox                           PO Box 6031
302 WEST WASHINGTON STREET               8150 NW 51st Place                        Carol Stream, IL 60197-6031
INDIANA GOVERNMENT CENTER SOUTH FIFTH FLOOR  Coral Springs, FL 33067
INDIANAPOLIS IN 46204-4701

American Express National Bank           Barbara Mohon                             Capital One
c/o Becket and Lee LLP                   c/o Sid Childress, Esq                    PO Box 60519
PO Box 3001                              1925 Aspen Dr, #600A                      City of Industry, CA 91716-0519
Malvern  PA 19355-0701                   Sante Fe NM 87505-5468

Capital One N.A.                         (p)JPMORGAN CHASE BANK  N A               Discover
by American InfoSource as agent          BANKRUPTCY MAIL INTAKE TEAM               P.O. Box 71242
PO Box 71083                             700 KANSAS LANE FLOOR 01                  Charlotte, NC 28272-1242
Charlotte, NC  28272-1083                MONROE LA 71203-4774

Discover Bank                            Duff Insurance Brokerage, Inc.            Harvest Small Business Finance, LLC
Discover Products Inc                    Attn: Marsha Griffin                      24422 Avenida De La Carlota
PO Box 3025                              5310 NW 33 Avenue, Suite 111              Suite 400
New Albany, OH  43054-3025               Fort Lauderdale, FL 33309-6332            Laguna Hills, CA 92653-3634

Health Advisors of America, Inc.         Health Advisors of America, Inc.          Health Advisors of America, Inc.
Attn: Marsha Griffin                     c/o Anthony G. Franqui                    c/o Patrick W. Walsh, P.C.
5310 NW 33 Avenue, Suite 111             The Franqui Firm                          33 S. Garfield St.
Fort Lauderdale, FL 33309-6332           1451 W. Cypress Creek Rd., Ste. 300       Hinsdale, IL 60521-4212
                                         Fort Lauderdale, FL 33309-1953

Health Advisors of America, Inc.         INTERNAL REVENUE SERVICE                  Jaclyn Carvalho
c/o Peterson, Johnson & Murray LLC       PO BOX 7346                               1011 NE 208 St.
200 W. Adams, Ste. 2125                  PHILADELPHIA, PA 19101-7346               Miami, FL 33179-1933
Chicago, IL 60606-5213

Lincoln AFS                              Lincoln Automotive Financial Services     Malloy & Malloy, P.L.
PO Box 650574                            POB 62180                                 c/o Miami Law, PLLC
Richardson, TX 75081                     Colorado Springs, CO 80962-2180           2811 Southwest 3rd Avenue, Suite 200
                                                                                   Miami, FL 33129-2316
```

| | | |
|---|---|---|
| McShap Marketing Inc<br>8520 US Hwy 1 G-7<br>Micco, FL 32976-2651 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY #400<br>FORT WORTH TX 76177-3300 | Michael T. Smith Insurance, Inc.<br>8105 NW 111 Terrace<br>Parkland, FL 33076-4730 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Patrick W. Walsh, Attorney at Law<br>33 S. Garfield St.<br>Hinsdale, IL 60521-4212 | Peterson, Johnson & Murray Chicago, LLC<br>200 W. Adams St., Suite 2125<br>Chicago, IL 60606-5213 |
| Scott Shapiro<br>c/o David Royce Thrasher<br>Kane Russell Coleman Logan PC<br>5051 Westheimer Road, 10th Floor<br>Houston, TX 77056-5622 | Scott Shapiro<br>c/o Shepard Davidson<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, MA 02110-1677 | State of Arkansas<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 |
| State of Indiana<br>302 W. Washington Street<br>ICGS-5th Floor<br>Indianapolis, IN 46204 | State of Michigan<br>Michigan Department of Attorney General<br>P.O. Box 30736<br>Lansing, MI 48909-8236 | State of Missouri<br>Office of the Attorney General<br>815 Olive Street, Suite 200<br>Saint Louis, MO 63101-1510 |
| State of Missouri<br>P.O. Box 861<br>Saint Louis, MO 63188-0861 | State of North Dakota<br>North Dakota Attorney General's Off<br>1050 E. Interstate Ave., Ste. 200<br>Bismarck, ND 58503-5574 | State of Ohio<br>Ohio Attorney General's Office<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215-3414 |
| State of Texas<br>Office of the Attorney General<br>PO Box 12548 (MC-010)<br>Austin, TX 78711-2548 | U.S. Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | U.S. Small Business Administration<br>200 West Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 |
| U.S. Small Business Administration<br>SBA Disaster Loan Service Center<br>2 North 20th Street, Suite 320<br>Birmingham, AL 35203-4002 | Wells Fargo<br>PO Box 77033<br>Minneapolis, MN 55480-7733 | Wells Fargo Bank, N.A.<br>Wells Fargo Bank Small Business Lending<br>PO Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 |
| Zachary Cox<br>10325 NW 63rd Dr.<br>Parkland, FL 33076-2352 | Zoallet Rodriguez<br>2850 Celebration 103<br>Margate, FL 33063-3931 | Beverly A. Berneman<br>70 West Madison., Ste. 1500<br>Chicago, IL 60602-4265 |
| Derek D Samz<br>70 W. Madison St., Ste. 1500<br>Chicago, IL 60602-4265 | Dominick L Lanzito<br>200 W Adams, Ste 2125<br>Chicago, IL 60606-5213 | Dominick L Lanzito<br>200 West Adams St #2125<br>Chicago, IL 60606-5213 |
| Michael Theron Smith Jr.<br>10343 S. Barnsley Drive<br>Parkland, FL 33076-4470 | Patrick W Walsh<br>33 S Garfield Street<br>Hinsdale, IL 60521-4212 | Paul O'Grady<br>200 West Adams Street #2125<br>Chicago, IL 60606-5213 |

| | | |
|---|---|---|
| Robert R. Benjamin<br>70 West Madison., Ste. 1500<br>Chicago, IL 60602-4265 | Ryan Michael Ranson<br>300 SW 1st Ave., Ste. 155<br>Fort Laudedale, FL 33301-1847 | Tarek Kirk Kiem<br>PO Box 541325<br>Greenacres, FL 33454-1325 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| State of indiana<br>Indiana Attorney General<br>302 W. Washington St., IGCS-5th Floor<br>Indianapolis, IN 46204 | Chase<br>700 Kansas Lane<br>LA4-6633<br>Monroe, LA 71203 | (d)JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe LA 71203 |
| Mercedes-Benz Financial Services<br>P.O. Box 5209<br>Carol Stream, IL 60197 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, National Association | (d)Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | (d)State of North Carolina<br>North Carolina Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 |

End of Label Matrix
Mailable recipients    62
Bypassed recipients     3
Total                  65